UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BURNHAM PROPERTIES, LTD.<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-18-CV-360-DB |
| | § | |
| VIRGINIA COLLEGE, LLC d/b/a<br>BRIGHTWOOD COLLEGE; KAPLAN<br>HIGHER EDUCATION, LLC f/k/a<br>KAPLAN HIGHER EDUCATION<br>CORPORATION; and<br>SACMC ACQUISITION CORP.<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER ON DEFENDANTS' MOTION TO STAY

On this day, the Court considered Defendants identified as Kaplan Higher Education, LLC and SACMD Acquisition Corporation's Unopposed Joinder in Co-Defendant's Motion to Stay or, in the Alternative, Request for Extension. Having fully considered the Motion and the Notice of Injunctive Relief and Motion to Stay filed by Virginia College, LLC, and seeing that the relief requested is unopposed, this Court is of the opinion that all proceedings in this action should be stayed until further notice from the United States District Court for the Middle District of Georgia.

Accordingly, **IT IS HEREBY ORDERED** that all proceedings in this action should be stayed until further notice from the United States District Court for the Middle District of Georgia.

Signed this ___12th___ day of ___DEC.___, 2018.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE