IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BURNHAM PROPERTIES, LTD., <br> Plaintiff, <br><br> v. <br><br> KAPLAN HIGHER EDUCATION, LLC f/k/a KAPLAN HIGHER EDUCATION CORPORATION; and SACMD ACQUISITION CORPORATION, <br> Defendants. | § § § § § § § § § § § | EP-18-CV-360-DB |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this 26th day of **June 2020.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE